

UNITED STATES
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

08CV928 PLF





John BakenHaveoT
P.C.I - Morgan Town

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☑ OTHER

RETURN TO SENDER
RTS



Received
Mail Room
JUN 18 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia





UNITED STATES POSTAGE
$02.1...
MAILED FROM ZIPCODE 200
PITNEY BOWES
02 1A
0004634648
JUN 09 20

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

JOHN BARNHARDT

v.   CASE NUMBER: 08-928 PLF

UNITED STATES OF AMERICA

WITHOUT PREPAYMENT OF COSTS

TO: (Name & Address of Defendant)

U.S. ATTORNEY GENERAL
DOJ
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

JOHN BARNHARDT
F.C.I.-MORGANTOWN
POB 1000
MORGANTOWN, WEST VIRGINIA 26507

an answer to the COMPLAINT which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the COMPLAINT. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____   Date: June 9, 2008
     Deputy Clerk

AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

JOHN BARNHARDT

v.

CASE NUMBER: 08-928 PLF

UNITED STATES OF AMERICA

WITHOUT PREPAYMENT
OF COSTS

TO: (Name & Address of Defendant)

U.S. ATTORNEY
501 3rd STREET, N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

JOHN BARNHARDT
F.C.I.-MORGANTOWN
POB 1000
MORGANTOWN, WEST VIRGINIA 26507

an answer to the __COMPLAINT__ which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the __COMPLAINT.__ Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _[signature]_
    Deputy Clerk

Date: June 9, 2008