PRAECIPE

# United States District Court
# for the District of Columbia

the __23__ day of __JUNE__ 19 __2008__

__UNITED STATES OF AMERICA__
vs.
__JOHN BARNHARDT__

Civil / Criminal Action No. __1-08-CV-00928 PLF__

The Clerk of said Court will __Change of Address__
__Old Address: P.O. Box 1000 Morgantown, West VA.__
__New Address: 4709 Bass Pl. SE. Washington DC__
__20019__

__June 23, 2008__
Date

__PRO SE__
BAR IDENTIFICATION NO.

__John Barnhardt__
Signature

__John BARNHARDT__
Print Name

__4709 BASS PL. SE.__
Address

__Washington,      DC      20019__
City           State        Zip Code

__202-409-6990__
Phone Number

CERTIFICATE OF SERVICE

RECEIVED
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT