UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARNHARDT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-928 (PLF) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Diane G. Lucas, Assistant United States Attorney, as counsel for the United States in the above-captioned case.

Respectfully submitted,

_/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

_/s/_____
DIANE G. LUCAS, D.C. Bar # 443610
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room 4822
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2008, the foregoing Entry of Appearance was sent via the U.S. Postal Services' first-class postage pre-paid mail to plaintiff, John Barnhardt, *pro se*, at 4709 Bass Place, S.E., Washington, D.C. 20019.

/s/
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room 4822
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov