UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN BARNHARDT, )<br> )<br>        Plaintiff, )<br>    v. )<br> )<br>THE UNITED STATES OF AMERICA, )<br> )<br>        Defendant. )<br> ) | Civil Action No. 08-928 (PLF) |

DEFENDANT'S MOTION TO ENLARGE
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, the United States of America, respectfully files this motion, pursuant to Rule 6, Fed. R. Civ. P., for an enlargement of time, to and including October 23, 2008, within which to respond to the Complaint.  Filing of this motion in no way constitutes a waiver of any defense available to the United States, including but not limited to failure properly to serve process, lack of personal jurisdiction, lack of subject matter jurisdiction and immunity.  Granting this motion will not require the rescheduling of any other due dates in this action because no scheduling order has been entered.

There is good cause for this motion.  This is a civil case brought by plaintiff under 18 U.S.C. § 983(e) of the Civil Asset Forfeiture Reform Act of 2000 ("CAFRA") for the return of $3,894.00 in U.S. currency ("subject funds") seized by the Drug Enforcement Agency on February 13, 2004.[1]  On August 27, 2008, the undersigned counsel was assigned this matter, and

---

[1]  On May 27, 2008, the Court transformed plaintiff's 18 U.S.C. 983(e) motion in United States v. John Barnhardt, Case no. 04-cr-00132 into the instant civil action.  See Document No. 50, Case No. 04-cr-00132 (PLF).

attempted to contact plaintiff by telephone.[2]  Government counsel expected to discuss the instant motion as well as possible settlement with plaintiff, but was not able to speak with plaintiff.  The purpose of this request is to allow time to permit settlement discussions between the parties, and to provide defendant time to respond to the Complaint, if necessary.[3]

This is the first request for an enlargement of time in this case.  Plaintiff seeks no injunctive relief and will suffer no prejudice as a result of the enlargement.  Pursuant to Local Rule 7(m), undersigned counsel has sought to obtain plaintiff's position as to the relief requested, but has been unable to reach him.

For the foregoing reasons, defendant respectfully request that the Court grant the requested enlargement.

A proposed order is attached.

Respectfully submitted,

_/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney


_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

---

[2]  The undersigned counsel left a voice mail message at a telephone number provided by the Court for plaintiff to return the call.

[3]  Defendant requests an enlargement of approximately 60 days because undersigned counsel was recently assigned this matter and plaintiff is *pro se* (with no office), possibly making communication difficult.

      /s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copies of the Defendant's Motion to Enlarge Time to Answer Or Otherwise Respond to Complaint, and the Proposed Order were sent by U.S. Postal Service, First-Class postage paid, to Mr. John Barnhardt, *pro se,* 4709 Bass Place, S.E., Washington, D.C. 20019, on this 27th day of August, 2008.


      /s/_____
DIANE G. LUCAS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARNHARDT,            )<br>                                            )<br>        Plaintiff,               )<br>   v.                                   )<br>                                            )<br>THE UNITED STATES OF AMERICA,  )<br>                                            )<br>        Defendant.            )<br>                                            ) | Civil Action No. 08-928 (PLF) |

**O R D E R**

Upon consideration of Defendant's Motion for Enlargement of Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is this ____ day of _____, 2008, hereby ORDERED that defendant's Motion is granted. Defendant's response shall be due on or before October 23, 2008.

_____
PAUL L. FRIEDMAN
United States District Judge